218 So.2d 900

**STATE of Louisiana**

v.

**Clay L. SHAW.**

No. 49698.

Feb. 20, 1969.

In re: State of Louisiana applying for writ of certiorari and stay order.

The application is denied. Accepting the application as being supported by the record, the showing made, nevertheless, does not warrant the exercise of our supervisory jurisdiction.

218 So.2d 900

**STATE of Louisiana, Through The DEPARTMENT OF HIGHWAYS**

v.

**D & J REALTY COMPANY, Inc., et al.**

No. 49402.

Feb. 24, 1969.

In re: State of Louisiana, through the Department of Highways applying for cer-

tiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Ouachita. 211 So.2d 786.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

BARHAM, J., recused.